IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON MCCORMICK, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 3:08-cv-927-MEF |
| | ) |
| THE FRESENIUS MEDICAL CARE | ) |
| NORTH AMERICA SHORT & LONG | ) |
| TERM DISABILITY PLAN, | ) (WO-Do Not Publish) |
| | ) |
| DEFENDANT. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1) With respect to all claims in this action judgment is ENTERED in favor of Defendant against Plaintiff, with Plaintiff taking nothing by her claims.

(2) Costs are TAXED in favor of Defendant against Plaintiff for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 4th day of January, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE